UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>         Plaintiff,                          )<br>                                                  )<br>v.                                              )<br>                                                  )<br>PATRICIA RENEE PINA, a/k/a     )<br>PATRICIA RENEE ALTAFFER-PINA, )<br>a/k/a PATRICIA R. ALTAFFER-PINA, )<br>and KAC ASSOCIATES LLC,        )<br>         Defendants                       ) | CIVIL ACTION NO. |

**NOTICE OF COMPLAINT FOR APPROVAL (SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940) OF MORTGAGE FORECLOSURE**

TO:        Patricia Renee Pina
           59 Parsonage Road
           Plympton, MA 02387

           KAC Associates, LLC
           c/o Brian Conefrey
           91 George Leven Drive
           North Attleboro, MA 02760

           KAC Associates LLC
           c/o National Registered Agents, Inc
           303 Congress Street, 2nd Floor
           Boston, MA 02110

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 59 Parsonage Road, Plympton, Plymouth County, Massachusetts, as follows. The mortgage was given by Patricia R. Altaffer-Pina, a/k/a Patricia Renee Altaffer-Pina, to the United States of America, acting through the Department of Agriculture, is dated May 7, 1998, and is registered, as regards Parcel 1, in Certificate #102238, and recorded on the unregistered side as

regards Parcels 2 through 5 in Book 16174 at Page 279, Book 17184 at Page 235, Book 17184 at Page 243, and Book 27692 at Page 150 of the Plymouth County Registry of Deeds.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service, or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED:

                                                    CLERK

                                        By: _____

                                           DEPUTY CLERK