UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff  )<br>　)<br>v.　　　　　　　　　　　　　　)<br>　)<br>PATRICIA RENEE PINA, a/k/a  )<br>PATRICIA RENEE ALTAFFER-PINA, )<br>a/k/a PATRICIA R. ALTAFFER-PINA, )<br>and KAC ASSOCIATES LLC,　　)<br>        Defendants  ) | CIVIL ACTION NO. |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the Brockton Enterprise, a newspaper published in Brockton, Massachusetts, there being no newspaper published in Plympton, Massachusetts, and the Brockton Enterprise having a general circulation in Plympton, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendants at their last known addresses;

(3) record a certified copy of the attached NOTICE in the Plymouth County Registry of Deeds.

Dated: _____

                                                          Clerk